DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 145P14 | State v. Jerry Michael Sparks | 1. Def's NOA Based Upon a Constitutional Questions (COA13-659) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss | 3. Allowed |
| 149P14 | State v. Tiffany Leigh Marion | Def's PDR Under N.C.G.S. § 7A-31 (COA13-200) | Denied |
| 150P14 | Mike Vanek v. Global Supply and Logistics, Inc., Stanford Ron Banks, Greg Kirchner, Robert Malzacher, and Martin Banks | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1135) | 1. Denied |
| | | 2. Defs' (Global Supply and Logistics, Inc. & Stanford Ron Banks) Motion to Dismiss Action | 2. Dismissed as Moot |
| 155P14 | Christian Murillo Paredones and Gisell Guadalupe Murillo Paredones, Minor Children of Decedent-Employee Felipe Pacheco Flores a/k/a Murillo Arellano Gumercindo v. Wrenn Brothers, Employer and Continental Indemnity Company, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-910) | Denied |
| 156P14 | Curtis Ray Holmes v. North Carolina Farm Bureau Insurance Co., Inc. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1096) | 1. Denied |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 158P08-2 | State v. Lenin Javier Flores-Matamoros | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County (COAP14-316) | 1. Dismissed |
| | | 2. Def's *Pro Se* NOA | 2. Dismissed *Ex Mero Motu* |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari to Review* Order of COA | 3. Dismissed |